1 | CROSNER LEGAL, P.C.
2 | Michael T. Houchin (SBN 305541)
  | mhouchin@crosnerlegal.com
3 | Craig W. Straub (SBN 249032)
  | craig@crosnerlegal.com
4 | Zachary M. Crosner (SBN 272295)
  | zach@crosnerlegal.com
5 | 9440 Santa Monica Blvd. Suite 301
  | Beverly Hills, CA 90210
6 | Tel: (866) 276-7637
7 | Fax: (310) 510-6429
  | *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| YOLANDA PITRE, individually, and on behalf of all others similarly situated, | Case No.  4:25-cv-02115-HSG |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| ALLIED OLD ENGLISH, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yolanda Pitre hereby dismisses the above-captioned matter without prejudice.

Dated: June 18, 2025

CROSNER LEGAL, P.C.

By:     */s/ Michael T. Houchin*
       MICHAEL T. HOUCHIN

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com

*Attorneys for Plaintiff*